FILED
12/14/20 1:22 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 20-22592 GLT |
| | ) | Chapter 13 |
| Alan T. Hudock | ) | |
| Debra L. Hudock, | ) | Related to Dkt. No. 33 |
| *Debtors* | ) | Hearing: January 13, 2021 at 9:30 a.m. |
| | ) | |
| Alan T. Hudock | ) | |
| Debra L. Hudock, | ) | |
| *Movants* | ) | Related to Claim No. 1 |
| | ) | |
| vs. | ) | |
| | ) | |
| PNC Bank, National Association, | ) | |
| *Respondent* | ) | |

## MODIFIED DEFAULT ORDER

AND NOW, to wit this 14th day of December 2020, upon consideration of the Debtor's Objection to Claim No. 1 and any responses thereto, it is hereby ORDERED, ADJUDGED and DECREED that:

1. Claim Number 1 filed by the above captioned Respondent is stricken in its entirety; and,
2. No fees, costs or charges shall be allowed against the debtor for defending this objection.
3. Movant shall serve a copy of this Order on respondent(s), their counsel, the Trustee, and U.S. Trustee. Movant shall file a certificate of service within (3) days hereof.

Prepared by: Julie Frazee Steidl, Esq.

**DEFAULT ENTRY**

Dated: December 14, 2020

_____
Gregory L. Taddonio      jah
United States Bankruptcy Judge

Case Administrator to serve:
Julie Frazee Steidl, Esq.